# EXHIBIT Q

Case 7:25-cv-04780-CS    Document 5-17    Filed 06/09/25    Page 1 of 11

# VAZQUEZ HELDMAN LLC
## ATTORNEYS AT LAW

June 5, 2025

*Via Upload to eCourts*

Court Clerk
New York Supreme Court of Westchester County
111 Dr. Martin Luther King Jr. Blvd.
White Plains, NY 10601

        Re:    **Paramount Pharmacy Group LLC v. Muhammad Assad Iqbal**
                **Index No.: 64381/2025**

Dear Sir or Madam:

      As you may know, this firm represents Paramount Pharmacy Group LLC in the above referenced matter. Please accept this letter, along with the annexed exhibits, showing that counsel for Respondent was served with the legal pleadings via both email and USPS Priority mailing.

      As background, prior to filing the pending Order to Show Cause, I confirmed with Sohela Suri, Esq. that she was representing Muhammad Assad Iqbal. Upon filing of the application, I immediately forwarded the Order to Show Cause motion papers, verified petition, etc. to Ms. Suri. (Exhibit 1). I also forwarded the Index number after same was assigned. (Exhibit 2). Chambers emailed Ms. Suri on June 2. (Exhibit 3). Finally, I sent paper copies to Ms. Suri via USPS Priority mailing. (Exhibit 4).

      I have not received any responsive communication from Ms. Suri. I note that she has not indicated to me that her engagement for Respondent ceased. Therefore the undersigned submits that notice has been effectuated on the Respondent. Further, the application filed is of an urgent nature and Petitioner would not consent to any adjournments. As set forth more fully in the filed application, Petitioner seeks immediate relief.

      Thank you.

                                                Very truly yours,

                                                JEFFREY HELDMAN, ESQ.

Enc.
cc:    Sohela Suri, Esq. (*via email only*)

Tel 973.434.7062        18 Hook Mountain Road, Suite 201        jheldman@vazquezfirm.com
Fax 973.434.7063       Pine Brook, New Jersey 07058          www.vazquezfirm.com

# EXHIBIT 1

| | |
|---|---|
| **Subject:** | Re[2]: Notice: Paramount v Iqbal |
| **From:** | "Jeffrey Heldman, Esq." <jheldman@vazquezfirm.com> |
| **Sent:** | 5/30/2025 1:39:39 PM |
| **To:** | "Sohela Suri" <sohela@surilawpllc.com>; |
| **Attachments:** | Notice of Efile.pdf; NOT_ASSIGNED_Paramount_Pharmacy_Group_LLC_v_Muhammad_A_Iqbal_PETITION_1.pdf; NOT_ASSIGNED_Paramount_Pharmacy_Group_LLC_v_Muhammad_A_Iqbal_ORDER_TO_SHOW_CAUSE_2.pdf; NOT_ASSIGNED_Paramount_Pharmacy_Group_LLC_v_Muhammad_A_Iqbal_AFFIRMATION_4.pdf; NOT_ASSIGNED_Paramount_Pharmacy_Group_LLC_v_Muhammad_A_Iqbal_RJI__RE__ORDER_TO_S_13.pdf |

Per my email correspondence of Wednesday, we filed today. An Index number has not been assigned yet. I attach to this email a copy of the filed verified petition, order to show cause, brief in support, and emergency affirmation. You have all the exhibits in un-redacted format so I have not attached any of those. When I get the Index number and/or signed Order, I will forward same to your attention.

Thank you.



*Jeffrey Heldman, Esq.*
Vazquez Heldman LLC
18 Hook Mtn. Rd., Suite 201
Pine Brook, New Jersey 07058
973-434-7062 (tel)  973-434-7063 (fax)
www.vazquezfirm.com

NOTICE: This e-mail and any attachments to it may be privileged, confidential or contain trade secret information. If this e-mail was sent to you in error, please notify me immediately by either reply e-mail or by phone at (973) 434-7062, and please do not use, disseminate, retain, print or copy the e-mail or its attachment(s). You will be reimbursed for any reasonable expenses associated with destroying this e-mail and its attachments.

# EXHIBIT 2

| | |
|---|---|
| **Subject:** | Re[3]: Notice: Paramount v Iqbal |
| **From:** | "Jeffrey Heldman, Esq." <jheldman@vazquezfirm.com> |
| **Sent:** | 5/30/2025 3:29:20 PM |
| **To:** | "Sohela Suri" <sohela@surilawpllc.com>; |

Please find the case index number below:

Case Information
Index #: 64381/2025
Caption: Paramount Pharmacy Group LLC v. Muhammad A Iqbal
Assigned Case Judge: No Judge Assigned



*Jeffrey Heldman, Esq.*
Vazquez Heldman LLC
18 Hook Mtn. Rd., Suite 201
Pine Brook, New Jersey 07058
973-434-7062 (tel)  973-434-7063 (fax)
www.vazquezfirm.com

NOTICE: This e-mail and any attachments to it may be privileged, confidential or contain trade secret information. If this e-mail was sent to you in error, please notify me immediately by either reply e-mail or by phone at (973) 434-7062, and please do not use, disseminate, retain, print or copy the e-mail or its attachment(s). You will be reimbursed for any reasonable expenses associated with destroying this e-mail and its attachments.

------ Original Message ------
From "Jeffrey Heldman, Esq." <jheldman@vazquezfirm.com>
To "Sohela Suri" <sohela@surilawpllc.com>
Date 5/30/2025 1:39:39 PM
Subject Re[2]: Notice: Paramount v Iqbal

Per my email correspondence of Wednesday, we filed today. An Index number has not been assigned yet. I attach to this email a copy of the filed verified petition, order to show cause, brief in support, and emergency affirmation. You have all the exhibits in un-redacted format so I have not attached any of those. When I get the Index number and/or signed Order, I will forward same to your attention.

Thank you.



*Jeffrey Heldman, Esq.*
Vazquez Heldman LLC
18 Hook Mtn. Rd., Suite 201
Pine Brook, New Jersey 07058
973-434-7062 (tel)  973-434-7063 (fax)
www.vazquezfirm.com

# EXHIBIT 3

**Subject:** RE: 64381/2025 Paramount Pharmacy Group LLC v. Muhammad A Iqbal
**From:** "Joseph Hadala" <jhadala@nycourts.gov>
**Sent:** 6/2/2025 12:38:48 PM
**To:** "jheldman@vazquezfirm.com" <jheldman@vazquezfirm.com>;
**CC:** "sohela@surilawpllc.com" <sohela@surilawpllc.com>; "Demary Lopez" <dlopez@nycourts.gov>;

Counsel,

The above matter has been scheduled for an in-person appearance on 6/10 at 11:30am in Courtroom 103. The OSC will be discussed and marked up at that conference. A Preliminary Conference Order and ADR forms will be uploaded to NYSCEF soon. These docs should be jointly completed prior to the above referenced appearance. Counsel for defendant has yet to register with NYSCEF for this matter, if they have not done so by the time these documents are uploaded, it is plaintiff's responsibility to forward these documents and the forthcoming scheduling letter to defendant's counsel.

Thank you,
Joseph S. Hadala, Esq.
Chambers of the Hon. Linda S. Jamieson, J.S.C.
914.824.5415

# EXHIBIT 4



June 3, 2025

*Via Priority USPS Mailing*

Sohela Suri, Esq.
Suri Law PLLC
626 RexCorp Plaza, Suite 606
Uniondale, New York 11556

       Re:    Paramount Pharmacy Group LLC v. Muhammad Assad Iqbal
             Index No.: 64381/2025

Dear Ms. Suri:

       As you know, this firm represents Paramount Pharmacy Group LLC in the above referenced matter. Pursuant to instructions from the Court, I enclose paper copies of the filings in the above referenced matter. I note that I previously forwarded to your attention copies of the pleadings, Index number and date for the preliminary conference (June 10, 2025 as 11:30 a.m.).

       Thank you.

                                                         Very truly yours,

                                                           JEFFREY HELDMAN, ESQ.

Enc.

TEL 973.434.7062       18 HOOK MOUNTAIN ROAD, SUITE 201       jheldman@vazquezfirm.com
FAX 973.434.7063       PINE BROOK, NEW JERSEY 07058          www.vazquezfirm.com

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

9405511105495829655767

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Expected Delivery by**

**SATURDAY**

**7** June 2025 ⓘ

by

**9:00pm** ⓘ

Your item departed our USPS facility in JERSEY CITY NJ DISTRIBUTION CENTER on June 5, 2025 at 7:20 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Delivered

Out for Delivery

Preparing for Delivery

**Moving Through Network**
**Departed USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
June 5, 2025, 7:20 am

**Arrived at USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
June 4, 2025, 11:53 pm

See All Tracking History