UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

PARAMOUNT PHARMACY GROUP LLC,                     **Case No.: 7:25-cv-04780-CS**

            Plaintiff,

                                       **AFFIRMATION OF SERVICE**

      -against-

MUHAMMAD ASSAD IQBAL

            Defendant.
-------------------------------------------------------------------------X

     I, SUSAN J. DEITH, of full age, do hereby affirm, under penalty of perjury, as follows:

     1.     I am an attorney, duly admitted to practice law in the United States District Court for the Southern District of New York..

     2.     I am over 18 years of age and not a party to this action.

     3.     On June 13, 2025, a copy of the attached Court Order was served on the following party by electronic mail to: jheldman@vazquezfirm.com.

Jeffrey Heldman, Esq.
Vazquez Heldman LLC
18 Hook Mountain Road
Suite 201
Pine Brook, New Jersey 07058
Phone: 973-434-7062
Fax: 973-434-7063

     I certify that the foregoing statements made by me are true. I am fully aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Garden City, New York
       June 13, 2025

                               SURI LAW PLLC

                               By:____*Susan J. Deith /s/*_____
                                  Susan J. Deith, Esq., Of Counsel
                                  *Attorneys for Defendant Muhammad Assad Iqbal*

626 RexCorp Plaza
Suite 606
Uniondale, New York 11556
Phone: 516-886-6054
Fax: 212-616-8480
susan@surilawpllc.com

 Gmail

**Susan Deith <susan@surilawpllc.com>**

---

## Fwd: Activity in Case 7:25-cv-04780-CS Paramount Pharmacy Group LLC v. Iqbal Order

1 message

---

**Susan Deith** <susan@surilawpllc.com>
To: jheldman@vazquezfirm.com
Cc: Sohela Suri <sohela@surilawpllc.com>

Fri, Jun 13, 2025 at 9:45 AM

Dear Mr. Heldman:

Pursuant to the Court's order, provided below is a copy of the Court's text order.

Very truly yours,

Susan Deith



### SURI LAW PLLC

**Susan J. Deith**, Of Counsel
626 RexCorp Plaza, Suite 606
Uniondale, New York 11556
Ph.: 212.616.8488 | Fax: 212.616.8480 | Direct: 516.886.6054
E.: susan@surilawpllc.com
W.: www.surilawpllc.com

The information in this e-mail communication, any attachment or attachments, and any content accessible herein through unique links provided (collectively this "Communication") may be confidential and legally privileged. This Communication is intended solely for the attention and use of the named recipient(s) identified above. If you are not the intended recipient of this Communication, or a representative of or person responsible for delivering this Communication to the intended recipient, please immediately notify the sender and delete this Communication and destroy any and all copies of the Communication. Further, if you are not the intended recipient of this Communication, or a representative of or other person responsible for delivering this Communication to the intended recipient, you are hereby notified that any unauthorized review, use, dissemination, disclosure, distribution, downloading, copying, and/or retention of this Communication, including any part of the Communication or any attachment to the Communication, is strictly prohibited.

---------- Forwarded message ---------
From: <NYSD_ECF_Pool@nysd.uscourts.gov>
Date: Fri, Jun 13, 2025 at 9:39 AM
Subject: Activity in Case 7:25-cv-04780-CS Paramount Pharmacy Group LLC v. Iqbal Order
To: <CourtMail@nysd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of**

record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 6/13/2025 at 9:38 AM EDT and filed on 6/13/2025
**Case Name:**        Paramount Pharmacy Group LLC v. Iqbal
**Case Number:**      7:25-cv-04780-CS
**Filer:**
**Document Number:** 7(No document attached)

**Docket Text:**
**ORDER: If Plaintiff is still seeking emergency relief, the parties should contact my courtroom deputy, Walter Clark (walter_clark@nysd.uscourts.gov or 914-390-4077), to schedule a time for the Court to hear the parties. Counsel for Defendant shall promptly provide a copy of this text order to counsel for Plaintiff. Counsel for Plaintiff shall promptly file a notice of appearance (or, if not admitted to this Court, promptly arrange to be admitted or for Plaintiff to be represented by counsel who is admitted). (HEREBY ORDERED by Judge Cathy Seibel) (Text Only Order) (Seibel, Cathy)**

**7:25-cv-04780-CS Notice has been electronically mailed to:**

Susan Joy Deith     susandeith@aol.com, susan@surilawpllc.com

**7:25-cv-04780-CS Notice has been delivered by other means to:**