AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Paramount Pharmacy Group LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:25-cv-04780-CS |
| Iqbal ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Paramount Pharmacy Group LLC.

Date: 06/17/2025

*/s/ Anthony J. Mahajan*

*Attorney's signature*

Anthony J. Mahajan (NY Bar # 4062899)

*Printed name and bar number*

Health Law Alliance
51 JFK Parkway
Short Hills, New Jersey 07078

*Address*

amahajan@healthlawalliance.com

*E-mail address*

(800) 345-4125

*Telephone number*

*FAX number*