AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Paramount Pharamacy Group LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    7:25-cv-04780-CS |
| Muhammad Assad Iqbal | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Muhammad Assad Iqbal                                                                    .

Date:     06/18/2025

/s/ Sohela Suri
*Attorney's signature*

Sohela Suri, 5919535
*Printed name and bar number*

Suri Law PLLC
626 RexCorp Plaza, Suite 606
Uniondale, New York 11556

*Address*

sohela@surilawpllc.com
*E-mail address*

(212) 616-8488
*Telephone number*

(212) 616-8480
*FAX number*