| | |
|---|---|
| **Subject:** | Loan documents and operating documents |
| **From:** | "Jeffrey Heldman, Esq." <jheldman@vazquezfirm.com> |
| **Sent:** | 1/31/2025 12:19:13 PM |
| **To:** | iqbalassad@hotmail.com; "PARAMOUNT PHARMACY GROUP" <ceo@ppgrx.com>; |
| **Attachments:** | Iqbal HH Escrow Agreement.pdf; Health Haven POA.pdf; Health Haven ROFR.pdf; Iqbal HH Promissory Note.pdf; Health Haven HIPAA agreement.pdf; Iqbal HH Security Agreement.pdf; Health Haven MSA.pdf |

Good afternoon,

Ibrar and Muhammad are both included in this email. I understand that you two have had time to discuss the attached documents? Please discuss between yourselves as to the terms included in each document. i will not be getting involved between you two as far as the terms negotiated, etc. But if anyone needs me to review anything, I can do so and also explain the meaning of same.

Since we have represented both Ibrar (Paramount) and Muhammad in separate matters, but were asked to draft these documents by Paramount, we also need a conflict waiver to be executed by you both. I will circulate that under separate email via esign. Please be on the watch for that email.

Let me know if you have any questions.

Thank you.



*Jeffrey Heldman, Esq.*
Vazquez Heldman LLC
18 Hook Mtn. Rd., Suite 201
Pine Brook, New Jersey 07058
973-434-7062 (tel)  973-434-7063 (fax)
www.vazquezfirm.com

NOTICE:  This e-mail and any attachments to it may be privileged,  confidential or contain trade secret information.  If this e-mail was sent  to you in error, please notify me immediately by either reply e-mail or by phone at (973) 434-7062, and please do not use, disseminate, retain, print  or copy the e-mail or its attachment(s).  You will be reimbursed for any  reasonable expenses associated with destroying this e-mail and its attachments.