UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARAMOUNT PHARMACY GROUP LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>MUHAMMED ASSAD IQBAL,<br><br>        Defendant. | Case No. 7:25-cv-04780-CS<br><br>Hon. Cathy Seibel, U.S.D.J.<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

Having fully considered the briefings and submissions by the parties, the Court finds that Plaintiffs have demonstrated good cause for this Court to issue a Temporary Restraining Order.

Thus, the Court hereby **ORDERS** that:

(A) Defendant is temporarily enjoined and restrained from denying Petitioner access to Health Haven Corp. d/b/a Prescription Plus Pharmacy ("Health Haven") located at 105 Croton Avenue, Ossining, New York 10562 (the "Premises") during normal business hours;

(B) Defendant is temporarily enjoined and restrained from closing Health Haven for business during its regular business hours of 9:00 a.m. to 6:00 p.m. Monday through Friday, and 9:00 a.m. to 3:00 p.m. on Saturdays;

(C) Defendant is temporarily enjoined and restrained from denying Petitioner access to Health Haven's corporate books and records;

(D) Defendant is temporarily enjoined and restrained from denying Petitioner access to Health Haven's financial accounts, software accounts, email account, and other servers;

(E) Defendant shall immediately redeposit into Health Haven's bank accounts all sums removed from its bank accounts by Defendant on or after May 13, 2025, except those funds which were disbursed in the ordinary course of business for Health Haven;

(F) No monies shall be removed from Health Haven Corp.'s bank accounts by Plaintiff or Defendant, outside of the ordinary course of business for Health Haven, except by written consent of both Plaintiff and Defendant;

(G) Defendant is temporarily enjoined and restrained from converting any corporate assets of Health Haven;

(H) The parties shall retain all records relating to Health Haven and this dispute;

(I) ~~That service of a copy of this order, together with the papers upon which it was granted, shall be served upon Defendant by personal service, electronic mail and/or overnight mail on or before _____ of _____, 2025, and shall be deemed sufficient service.~~

IT IS SO ORDERED.

Signed this __8__ day of __July_____, 2025, at ~~_____AM/PM~~

*Cathy Seibel*

HON. CATHY SEIBEL
UNITED STATES DISTRICT JUDGE